```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 17505
   STEVEN A BUTLER
   CHARLOTTE D BUTLER                            CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-3688      SSN XXX-XX-8149

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/25/07 and confirmed on 02/22/08.

     2.  The case was dismissed after confirmation, 12/05/2008.

     3.  The Debtor paid a total of $   8960.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SILVERLEAF RESORT INC | SECURED | 8000.00 | .00 | 1190.38 |
| SILVERLEAF RESORTS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 25090.65 | 716.59 | 5146.53 |
| SERVICE FINANCE CO | SECURED VEHIC | .00 | .00 | 1070.07 |
| ILLINOIS DEPT REVENUE | PRIORITY | 368.08 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1955.54 | .00 | .00 |
| ADVOCATE LUTHERAN GENERA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 768.04 | .00 | .00 |
| CAPITOL AUTO | UNSECURED | 7660.50 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 710.29 | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| CRD PRT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CRD PRT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EAGLE ATLANTIC FINANCIAL | UNSECURED | 3352.94 | .00 | .00 |
| FIRST FINANCIAL PORTFOLI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 422.80 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 949.25 | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 937.36 | .00 | .00 |

```
JEFFERSON CAPITAL SYSTEM  UNSECURED       1570.40            .00            .00
NATIONAL ACTION FINANCIA  UNSECURED     NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED        770.00            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED     NOT FILED            .00            .00
PARK DANSAN               UNSECURED     NOT FILED            .00            .00
RCN TELECOM SERVICES OF   UNSECURED     NOT FILED            .00            .00
SPRINT NEXTEL             UNSECURED        609.11            .00            .00
STATE COLLECTION SRV      UNSECURED     NOT FILED            .00            .00
T MOBILE USA              UNSECURED        188.67            .00            .00
VILLAGE OF SKOKIE         UNSECURED     NOT FILED            .00            .00
WOMENS WORKOUT WORLD      UNSECURED     NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED      11524.95            .00            .00
SERVICE FINANCE CO        UNSECURED     NOT FILED            .00            .00
T MOBILE USA              UNSECURED        249.85            .00            .00
OSI COLLECTION SERVICES   UNSECURED        121.38            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       1929.86            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        390.07            .00            .00
ILLINOIS DEPT REVENUE     UNSECURED         38.00            .00            .00
GALWAY FINANCIAL SERVICE  UNSECURED        489.24            .00            .00
HERBERT M KANTER DDS      UNSECURED        298.00            .00            .00
THE CHICAGO DEPT OF REVE  FILED LATE          .00            .00            .00
     Summary of disbursements:
-----------------------------------------------------------------------------
               SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    33090.65      2323.62     32980.71         .00     68394.98
PRINCIPAL PAID         7406.98          .00          .00         .00      7406.98
INTEREST PAID           716.59          .00          .00         .00       716.59
TOTAL PAID             8123.57          .00          .00         .00      8123.57
```

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   3000.00
and was paid $    501.00  direct and $    350.29  through the plan.

The Trustee received $    486.14 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09            /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                          PAGE   3
     CASE NO. 07 B 17505 STEVEN A BUTLER & CHARLOTTE D BUTLER
```